**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GALAXY SOFTWARE
SOLUTIONS, INC.,

     Plaintiff,                                   Case No. 18-cv-12617
                                             Hon. Matthew F. Leitman

v.

USCIS,

     Defendant.

_____/

## <u>ORDER GRANTING EX PARTE MOTION FOR<br>STAY DURING LAPSE OF APPROPRIATIONS</u>

The Court grants Defendant's Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

**IT IS SO ORDERED**.

                                 /s/Matthew F. Leitman_____
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  January 2, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 2, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764